Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 20 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

)
)    Case No. 1:26-CV-2141
)    *(to be filled in by the Clerk's Office)*
)
)
)    Jury Trial: *(check one)* ☑ Yes ☐ No
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FREDERICK DONNELL LEE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Todd J. Saporito and
Flex Spas, Flexico Inc, and
Sam Anwuzia and Ann Ogalu (et al)
Nollywood Entertainment Ltd and addt'l

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FREDERICK DONNELL LEE |
| Street Address | 543 CHEROKEE AVE SE |
| City and County | ATLANTA         FULTON |
| State and Zip Code | GA              30312 |
| Telephone Number | (821) 777-1681 |
| E-mail Address | fdl_2221@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                        Todd J. Saporito

Job or Title *(if known)*

Street Address              76 4th St. NW

City and County             ATLANTA        FULTON

State and Zip Code          GA             80308

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                        FLEX SPAS

Job or Title *(if known)*

Street Address              76 4th St. NW

City and County             ATLANTA        FULTON

State and Zip Code          GA             80308

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                        Ann Ogalu

Job or Title *(if known)*

Street Address              2600 Hamilton Ave

City and County             Cleveland

State and Zip Code          OH             44114

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                        Flexco, Inc.

Job or Title *(if known)*

Street Address              2600 Hamilton Ave

City and County             Cleveland

State and Zip Code          OH             44114

Telephone Number

E-mail Address *(if known)*

20 APRIL 2026
ADD'L DEFENDANTS

DR. JONATHAN C. AUGUSTINE AND
GARLAND DAVIS HIGGINS AND
MICHAEL L. MCMICHOLO AND
KIMBERLY N. MC MICHAEL AND
The Big Bethel AME CHURCH
220 AUBURN AVE NE
ATLANTA, GA 30303
(404) 827-9707


REV. DR. MERRELL M. DAVIS AND
CAROLYN DAVIS AND
GREATER EPHESUS MISSIONARY BAPTIST CHURCH
50 CLEVELAND AVE, SE
ATLANTA, GA 30315


CENTRAL PRESBYTERIAN CHURCH
201 WASHINGTON ST. SW
ATLANTA, GA


CATHOLIC SHRINE OF IMMACULATE CONCEPTION
C/O SECRETARY OF STATE
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20036


ARCH DIOCESE OF ATLANTA
813 DALRYMPLE RD
ATLANTA, GA 30328

( OVER PLEASE )→

RISHI SIKKA
AND
PRESBYTERIAN HEALTHCARE SERVICES
9521 SAN MATEO BLVD NE
ALBUQUERQUE, NM 87113

NORTH AVE PRESBYTERIAN CHURCH ( 607 PEACHTREE ST
ATL, GA )
C/O SECRETARY OF STATE
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20036


THE PRESBYTERIAN CHURCH (USA)
100 WITHERSPOON STREET
LOUISVILLE, KY  40202


ALL SAINTS' EPISCOPAL CHURCH
634 WEST PEACHTREE ST.
ATLANTA, GA


RECOVERY RESOURCES OF ATLANTA
25 NORTH AVENUE
ATLANTA, GA


ARTISTS IN RESIDENCE
31 NORTH AVE
ATLANTA, GA


ST. LUKES EPISCOPAL CHURCH
435 PEACHTREE St
ATLANTA, GA

Matthew Nelson and
Mango's Caribbean Restaurant
180 Auburn Ave Nee
Atlanta, GA 30309

Sam Anwuzia and
Nollywood Entertainment Ltd.
71-73 Nathan Way
London   SE28   OBQ

Greg A. Adams   (Greg A. Adams)
1 Kaiser Plaza
Oakland, CA 94612

Kaiser Permanente
1 Kaiser Plaza
Oakland, CA 94612

Lucien J. Metellus, Sr.          (over please)
2313 Saint Paul Street
Baltimore, MD 21218

Alpha Phi Alpha Fraternity, Inc.
2313 Saint Paul Street
Baltimore, MD 21218

Danetta Anthony Reed and
Alpha Kappa Alpha Sorority, Inc.
c/o Secretary of State
The White House
over please   1600 Pennsylvania Ave - Washington DC 20500

Southern Heart Specialists
1050 Eagles Landing Parkway, Suite 101
Stockbridge, GA   80281

Kim Jong Un and
Permanent Mission of the DPRK to the UN
820 2ND Ave   Rm 13A
   New York, NY   10077-5421


Kim A. Keck
3350 Peachtree Rd
Atlanta, GA 30326


Anthem - Blue Cross Blue Shield
3350 Peachtree Rd
Atlanta, GA 30326
   (404) 842-8000


Dave Limp
21218 76th Ave. S
Kent, WA 98032


Blue Origin Enterprises
21218 76th Ave. S
Kent, WA 98032


Abiodun Gbadero Olatidoye, MD and
Sylvena D. Olatidoye and
Olubemija Olatidoye
1050 Eagles Landing Pkwy, Ste. 101
Stockbridge, GA 30281

United States District Court
for the
Northern District of Georgia
Atlanta Division

FREDERICK DONNELL LEO
543 Cherokee Ave SE
ATLANTA, GA 30312

Plaintiff,

v

TODD J. SAPORITO AND
FLEX SPAS, ET AL LADOTS
76 4th ST. NW
ATLANTA, GA 30308

Defendant,

Case Number:

ADDITIONAL DEFENDANTS:

RICHARD D. FAIRBANK
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

CAPITAL ONE BANK
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

RYAN MCINERY AND
ALFRED KELLY AND
VISA, INC
1051 3RD STREET
MISSION RICO
SAN FRANCISCO, CA 94158

M ABLEAN EPHRIAM AND
MARSHA CLARK & ASSOCIATES
2200 WELLINGTON RD
LOS ANGELES, CA 90016

ERIC ADAMS AND
WALL STREET JOURNAL
1211 Avenue of the Americas
New York, NY

NORTHROP GRUMMAN
2980 FAIRVIEW PARK DR.
FALLS CHURCH, VA 22042

KATHY J. WARDEN
2980 FAIRVIEW PARK DR.
FALLS CHURCH, VA 22042

ROSHAN ROEDER
2980 FAIRVIEW PARK DR.
FALLS CHURCH, VA 22042

UNIVERSITY OF IBADAN
BOX 4078
IBADAN 200001
OYO, NIGERIA

GEORGIA UNITED CREDIT UNION
6705 Sugarloaf PKWY
DULUTH, GA 30039

(over please) ⟶

Elena Lena and
Vikram Mandadi and
Janie Hinton and
Artie Jones, III and
Landry D. Merikson
Clifton Youngblood and
Southern Regional Medical Center
   C/O
Southern Heart Specialist - Abiodun Gbadero Olatidoye, MD
   1050 Eagles Landing Pkwy, Suite 101
   Stockbridge, GA 30281

WWE ENTERTAINMENT
AND
TED TURNER
4901 KELLER SPRINGS
SUITE 111
ADDISON, TX 75001

Big Bethel AME Church Credit Union
C/O
The Big Bethel AME Church
220 AUBURN AVE. NE
ATLANTA, GA 30303

MATTHEW NELSON
180 AUBURN AVE. NE
ATLANTA, GA 30309

MANGIO'S CARIBBEAN RESTARAUNT
180 AUBURN AVE. NE
ATLANTA, GA 30304

KIM GOODWIN AND
ALMIN KARAMEHMEDOVIC
AND
GEORGE CHEEKS AND
ARTHUR M. BLANK AND
CBS
CBS BUILDING
51 W. 52ND ST.
New York, NY ~~75007~~ 10036

KIM KECK
AEON CENTER
200 E. RANDOLPH STREET
CHICAGO, IL 60601

KENDRA ROBINSON & ASSOCIATES AND
   SONIA LEE AND ZOE DOES, AND DESIREE LEE AND
KENDRA ROBINSON
530 OFFAUL LANE
ATLANTA, GA 30349

PHAEDRA PARKS AND
ANDRE' DICKENS AND
KEISHA LANCE BOTTOMS AND
ADRIAN BENTON KINDY AND
KILETREVIOUS WILLIAMS AND
   MESSINIA WILIFORD
8384 PEACHTREE RD, SUITE 250
ATLANTA, GA 30326

David Boemig and
Patrick Drahi
3290 Northside Pkwy NW
   Parkway NW
SUITE 200
ATLANTA, GA 30327

Sotheby's International
   Realty
3290 Northside Parkway NW
SUITE 200
ATLANTA, GA 30327

United States District Court
for the
Northern District of Georgia
Atlanta Division

FREDERICK DONNELL LEE
543 Cherokee Ave SE
ATLANTA, GA 30312

Plaintiff,

(OVER PLEASE)

v

Case Number:

SEAN L MCCASKILL
ALPHA PHI ALPHA FRATERNITY, INC
AND ETAL -

Defendant,

ADDTL DEFENDANTS (BACKSIDE)

ADDITIONAL DEFENDANTS:

SEAN L. MCCASKILL
2318 SAINT PAUL STREET
BALTIMORE, MD 21218

KEISHA LANCE BOTTOMS
4900 GUILFORD FOREST DR.
ATLANTA, GA 30331

DEREK WENDELL BOTTOMS
4900 GUILFORD FOREST DR.
ATLANTA, GA 30331

PATRICK LABAT
     AND
DARIN SCHIERBAUM AND
ERIKA SHIELDS AND
BEVERLY HARVARD AND
JACQUELINE (JACKIE) BARRETT
185 CENTRAL AVE SW
ATLANTA, GA 30303

VERNON JONES
P.O. BOX 1123
LITHONIA, GA 30058

MICHAEL THURMOND
1300 COMMERCE DR.
DECATUR, GA 30030

LAVON ALLEN
     C/O
PATRICK LABAT
185 CENTRAL AVE SW
ATLANTA, GA 30303

FANI WILLIS
185 CENTRAL AVE SW
ATLANTA, GA 30303

SHERRY BOLTON
     DEKALB COUNTY DA-GA
     C/O
STACEY Y. ABRAMS
999 PEACHTREE ST. NE
ATLANTA, GA 30309

(over please)

WAYMO, LLC
1600 Amphitheatre Pkwy
Mountain view, CA 94048

ALI KASHANI
730 BROADWAY
REDWOOD CITY, CA 94063

PARANG TOURAJ
730 BROADWAY
REDWOOD CITY, CA 94063

SERVICE ROBOTICS, INC
730 BROADWAY
REDWOOD CITY, CA 94063

BRUCE A. EDELSTEIN, D.D.S., PC
          AND
PROCARE PROSTHETICS AND OTHOTICS
          C/O
   J. Craig MURPHY, P.C
   233 Peachtree St. NE
   # 1025
   Atlanta, GA 30303
_____
   DEPUTY CLERK STEPHANIE B. OF
U.S. DISTRICT COURT—NORTHERN DISTRICT
          AND
   J. CRAIG MURPHY
          AND
   J. CRAIG MURPHY, P.C
   233 Peachtree St. NE  # 1025
   Atlanta, GA 30303
_____
   BRIAN PORTER KEMP AND
ATLANTA ALLERGY & ASTHMA
2045 PEACHTREE RD
ATLANTA, GA 30309

   DUKE SMITH, MD  AND LAURA SMITH
      C/O
   ATLANTA ALLERGY & ASTHMA
   2045 PEACHTREE RD
   ATLANTA, GA 30309

ERIC ADRIAN AWAD
1819 Peachtree St.   NE
Atlanta, GA 30309

Neurocare Center of Atlanta
1819 Peachtree St.  NE
Atlanta, GA 30309

Peachtree Smile Center
1819 Peachtree St. N.E
Atlanta, GA 30309

Village Podiatry Center
1819 Peachtree St. NE
Atlanta, GA 30309

AICA Orthropedics
1819 Peachtree St. NE
Atlanta, GA 30309

Atlanta Care Center
1801 Peachtree St. NE
Atlanta, GA 30309

Prime Health MD
1801 Peachtree St. NE
Atlanta, GA 30309

Precision Oral Surgery
1801 Peachtree St. NE
Atlanta, GA 30309

Pinnacle Fertility Georgia
1801 Peachtree St. NE
Atlanta, GA 30309

HUMANLY ATLANTA, GA
1801 Peachtree St. NE
Atlanta, GA 30309

BIRNBREY MINSK,
   MINSK AND
   PERLIN, LLC
1801 Peachtree St.
Atlanta, GA 30309

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 28 U.S.C., Section 1331
O.C.G.A

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $ 999 BILLION. COLLECTIVELY THE DEFENDANT PARTIES GENERATE ANNUAL RECEIPTS IN EXCESS OF $5 BILLION. EXECUTIVES AND EMPLOYEES AND NAMED PARTIES MOCKED LAUGHED AT PUBLIC HUMILIATED A SCI SECURITY OFFICIAL SERVING AS A HUMANITARIAN STALKED AND SENT DATA, VIDEO & PICTURES VIA SOCIAL MEDIA TO HAVE ME DENIED FOOD, WATER, MEALS, DECENT CLOTHING, SHELTER AND LAVATORY AND RESTROOM ACCESS, PARTICULARLY WHEN COVERED IN BLOOD, BACTERIA AND FECES FROM BEING BATTERED AND ABUSED

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    FAILURE OF CITY, COUNTY AND STATE TO ALIGN ME WITH A GOVT. SOCIAL WORKER AT REQUEST, FAILURE TO REISSUE VETERAN DRIVERS LICENSE. MADE COMMENTS OF NOT LIKING MILITARY AND ME AS VETERAN. LAUGHED. ENGAGED IN MALICIOUS ACTS TO KILL ME AND VETERANS

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DID NOT ARREST SEEN ATTACKER

I CLAIM $999 BILLION IN DAMAGES PLUS ALL ASSETS AND REVENUE OF ALL DEFENDANTS IN THAT THIS BULLYING AND ABUSE HAS TAKEN PLACE FOR MORE THAN 3 YEARS AND FORMER PRESIDENT JOE BIDEN AND GOVERNOR BRIAN KEMP OF GEORGIA NONCHALANTLY PUT FORTH NO EFFORT TO HELP, PROTECT, AND HEAL ME AND TO DETER GANG VIOLENCE AND ATTACKS AGAINST ME. HIT IN HEAD SEVERAL TIMES CUT WITH BOX CUTTER AND OFFICER

Page 4 of 5

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *20 APRIL 2026*

Signature of Plaintiff

Printed Name of Plaintiff        *FREDERICK DONNELL LEE*

### B.      For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____